No. 95–74. STEPHENS, COMMISSIONER, KENTUCKY DEPARTMENT OF INSURANCE, ET AL. *v.* OWENSBORO NATIONAL BANK ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–836. POSNER, A MINOR, BY HIS PARENT, POSNER *v.* CENTRAL SYNAGOGUE ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–887. WAYMER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–997. MERTZ *v.* CITY OF KEY WEST. C. A. 11th Cir. Certiorari denied.

No. 95–1035. WERNER ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–1041. REYES ET AL. *v.* LUGO. C. A. 5th Cir. Certiorari denied.

No. 95–1043. KENNEDY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–1047. NOBLE ET AL. *v.* COLUMBIA COUNTY REDEVELOPMENT AUTHORITY. Commw. Ct. Pa. Certiorari denied.

No. 95–1059. RICHEY *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 95–1063. BLOUNT *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 95–1079. MEYER *v.* NATIONAL SOLID WASTES MANAGEMENT ASSN. ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–1080. PETEREIT ET AL. *v.* S. B. THOMAS, INC. C. A. 2d Cir. Certiorari denied.